# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MD M. AHMED and SAJADA BEGUM,**

      **Plaintiffs,**

**v.**                                                   **Case No: 6:16-cv-1900-Orl-22KRS**

**JAMAL TURK and HKM3, LLC,**

      **Defendants.**

## ORDER

This cause is before the Court on the Renewed Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. No. 20) filed on April 17, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 20, 2017 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement and for Dismissal with Prejudice is hereby GRANTED in part.

3. The Court finds the parties' amended settlement agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

4. The Court declines to reserve jurisdiction to enforce the amended settlement agreement.

5. Counsel is prohibited from withholding any portion of the $6,500.00 payable to Plaintiff Ahmed or the $6,500.00 payable to Plaintiff Begum pursuant to a contingent fee agreement or otherwise.

6. This case is DISMISSED WITH PREJUDICE.

7. The Clerk is directed to CLOSE the file

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record